Fred J. Goldenbaum, Respondent, v. Ernest Perrers, Doing Business under the Name and Style of Deck Bros., Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application of William L. Ormrod, Appellant, for a Writ of Certiorari against Selden G. Hitchins and Others, as Assessors of the Town of Riga, and Others, Respondents.— Order affirmed, with costs. All concurred.

Paul Bovanizer, Respondent, v. Rufus A. Babcock, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that the complaint not being subdivided into separately numbered paragraphs, the denials of the answer are to be deemed to apply to all the material allegations of the complaint, and even if considered as denials of knowledge or information sufficient to form a belief, are sufficient to raise an issue as to the allegations of transfer to and ownership by plaintiff. (See *Rochkind* v. *Perlman*, 123 App. Div. 808; *Curran* v. *Arp*, 141 id. 659.) All concurred.

Frederick Lynch, Respondent, v. Hubert Larkin, as Sole Surviving Partner, etc., Appellant.— Judgment and order affirmed, with costs. All concurred.

Rose Luedeke, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

M. Fillmore Brown, as Administrator, etc., Appellant, v. Town of Evans and Others, Respondents.— Motion for reargument denied, with ten dollars costs.

Laura D. Dunston, Respondent, v. International Railway Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Margaret Rogers, Appellant, v. Thomas J. Downing, Respondent.— Motion granted and appeal dismissed, with costs.

Arthur H. Erwin, Appellant, v. Harriet L. Lutman, Respondent.— Motion to dismiss appeal denied, with ten dollars costs. Held, that in view of the fact that the case has neither been settled nor signed, the motion was prematurely made.

Louis Powlowski, an Infant, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Appeal dismissed, unless appellant file and serve briefs by November 24, 1914, and pay respondent's attorney ten dollars.

Louis Garno, Respondent, v. Henry P. Burgard, Appellant.— Motion to dismiss appeal denied, without costs, upon stipulation of moving party.

Louisa A. Kanner, as Administratrix, etc., Respondent, v. United Steel Erection Company and Bison Construction Company, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

Henry F. Ainsworth, Appellant, v. Harvey B. Clark and Raymond P. Clark, Respondents.— Appeal dismissed, without costs, upon stipulation filed.